UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER DENSON                                          CIVIL ACTION

VERSUS                                                      NO. 17-2083

SOCIAL SECURITY                                   SECTION "R" (3)
ADMINISTRATION


## ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's motion to dismiss,[2] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, defendant's motion to dismiss is GRANTED, and plaintiff's case is DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this __1st__ day of August, 2017.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 1.
[2]    R. Doc. 8.
[3]    R. Doc. 10.